ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE APELACIONES
**PANEL IV**

| | | |
|---|---|---|
| **SENDI JOVICA BULIC**<br>DEMANDANTE(S)-PETICIONARIA(S)<br><br><br>V.<br><br><br>**LUIS JOSÉ FORTEZA ELÍAS**<br>DEMANDADA(S)-RECURRIDA(S) | **KLCE202300364** | *Certiorari*<br>procedente del<br>Tribunal de Primera<br>Instancia, Sala Superior<br>de **BAYAMÓN**<br><br>Caso Núm.<br>**BY2022CV02407 (4003)**<br><br>Sobre:<br>Liquidación de<br>Comunidad de Bienes |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, la Juez Barresi Ramos y la Jueza Rivera Pérez.

Barresi Ramos, juez ponente

### S E N T E N C I A

En San Juan, Puerto Rico, hoy día 31 de mayo de 2023.

Comparece ante este Tribunal de Apelaciones, la señora **SENDI JOVICA BULIC** (señora **JOVICA BULIC**) mediante *Petición de Certiorari* incoada el 5 de abril de 2023. En su recurso, nos solicita que revisemos la *Orden* dictaminada el 4 de enero de 2023 por el Tribunal de Primera Instancia, Sala Superior de Bayamón (TPI).[1] Mediante dicha decisión, entre otras cosas, se determinó "ordenarle[s] a las partes dar fiel cumplimiento a las órdenes previamente dada[s], so pena de sanciones. Respecto a la fecha a ser valoradas las propiedades y/o negocios será la del 30 de septiembre de 2022".

Exponemos el trasfondo fáctico y procesal que acompaña a la presente controversia.

---

[1] Este dictamen judicial fue notificado y archivado en autos el 4 de enero de 2023. Véase Apéndice de la *Petición de Certiorari,* pág. 138.

-I-

El 7 de julio de 2021, en el caso BY2021RF00700, se dictó *Sentencia* declarando ha lugar la *Demanda* sobre divorcio, y decretando roto y disuelto el vínculo matrimonial entre las partes por la causal de ruptura irreparable.[2]

Posteriormente, el 10 de mayo de 2022, la señora **JOVICA BULIC** instó una *Demanda* sobre división de comunidad de bienes post ganancial y presentó *Urgente Solicitud de Remedios Provisionales para Asegurar la Efectividad de la Sentencia*.[3]

El 19 de julio de 2022, la señora **JOVICA BULIC** presentó una *Solicitud de Autorización para Presentar Demanda Enmendada* y *Demanda Enmendada*.[4] Ello a los fines de desistir de sus reclamaciones contra las corporaciones familiares: Forteza Crane Rental, LLC y Forteza Equipo, LLC.

Después, el 29 de septiembre de 2022, la señora **JOVICA BULIC** presentó una *Moción Sometiendo "Acuerdo y Estipulación para la Liquidación de la Extinta Sociedad Legal de Gananciales"; en Solicitud de Sentencia Conforme sus Términos y Desistimiento Voluntario con Perjuicio*.[5] Ante esta situación, el 4 de octubre de 2022, se emitió *Sentencia* decretando el archivo con perjuicio de la causa de acción; ordenando el fiel cumplimiento de las obligaciones contraídas en el acuerdo transaccional suscrito por las partes; y declarando ha lugar el desistimiento con perjuicio.[6]

Luego de varios trámites procesales, el 2 de diciembre de 2022, la señora **JOVICA BULIC** presentó *Moción Informativa y en Solicitud de Señalamiento de Vista Argumentativa*.[7] En consecuencia, el 4 de enero de 2023, se pronunció la *Orden* recurrida.

---

[2] Véase Apéndice de la *Petición de Certiorari,* págs. 1- 2.
[3] *Íd.*, págs. 3- 34 y 64- 71.
[4] *Íd.*, págs. 72- 96.
[5] *Íd.*, págs. 100- 122.
[6] *Íd.*, págs. 123- 124.
[7] *Íd.*, págs. 132- 137.

Oportunamente, el 10 de enero de 2023, la señora **Jovica Bulic** presentó una *Reconsideración*.[8]  El 24 del mismo mes y año, el señor **Luis José Forteza Elías (**señor **Forteza Elías)** presentó una *Moción en Oposición a la Solicitud de Reconsideración Radicada por la Demandante.*[9]

El pasado 7 de marzo, el foro primario decretó *Orden* expresando en lo pertinente: "Respecto, a la Reconsideración sobre la fecha a tomar como referencia para la tasación y valoración, el Tribunal se reitera que la fecha es el 30 de septiembre de 2022 y que la misma se refiere según el acuerdo sometido por las partes en cuanto a la propiedad de Dorado, las dos Corporaciones y el solar lote industrial local #35 que lo ubica en Estados Unidos...".[10]

Inconforme, el 5 de abril de 2023, la señora **Jovica Bulic** incoó ante este Tribunal de Apelaciones una *Petición de Certiorari* y presentó *Moción en Solicitud de Orden en Auxilio de Jurisdicción.*  En su recurso, señala el(los) siguiente(s) error(es):

> Erró el Honorable Tribunal de Primera Instancia Sala Superior de Bayamón al ordenar que la residencia en Dorado se tasara retroactivamente al 30 de septiembre de 2022.

> Erró el Honorable Tribunal de Primera Instancia Sala Superior de Bayamón, al fijar la fecha de valoración de las corporaciones al 30 de septiembre de 2022, sin tomar en consideración las circunstancias del presente caso y la Demanda Jurada a la luz del nuevo Artículo 426 del Código Civil de 2020.

Ese mismo día, se intimó *Resolución* en la cual se declaró no ha lugar la solicitud de auxilio y se concedió un plazo de diez (10) días para mostrar causa por la cual no debamos expedir y revocar el dictamen.  Los días 14 de abril de 2023 y 1 de mayo de 2023, el señor **Forteza Elías** presentó mociones solicitando prórroga para mostrar causa aduciendo que las partes están auscultando la posibilidad de un acuerdo extrajudicial para finiquitar la(s)

---

[8] Véase Apéndice de la *Petición de Certiorari,* págs. 139- 145.
[9] *Íd.*, págs. 149- 151.
[10]

controversia(s).  Así las cosas, el 19 de abril de 2023 y 3 de mayo de 2023, concediendo plazo o término adicional.  El 23 de mayo de 2023, la señora JOVICA BULIC presentó una *Moción Informando Acuerdo y Desistiendo del Recurso Con Perjuicio.*

-II-

La Regla 83 (A) de nuestro Reglamento conviene en lo pertinente que "*[l]a parte promovente de un recurso podrá presentar en cualquier momento un aviso de desistimiento".*[11]

En conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, se da por *desistida* la *Petición de Certiorari* instada el 5 de abril de 2023 por SENDI JOVICA BULIC; y ordenamos el cierre y archivo del presente caso.

**Notifíquese inmediatamente a las partes.**

Lo acordó el Tribunal y lo certifica la Secretaría del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[11] 4 LPRA Ap. XXII-B, R. 83 (A).